Danilo SANTIZO–MONZON, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.

No. 11–2446.

United States Court of Appeals, Eighth Circuit.

Submitted: March 6, 2012.

Filed: March 9, 2012.

Roy Petty, Law Offices of Roy Petty, Rogers, AR, for Petitioner.

Christina Bechak Parascandola, Sharon Michele Clay, Karen Yolanda Drummond, Richard M. Evans, U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Danilo Santizo–Monzon petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of withholding of removal. We conclude that substantial evidence supports the BIA's determination that Santizo–Monzon failed to show a clear probability of persecution in Guatemala on account of his membership in a particular social group. *See Ortiz–Puentes v. Holder*, 662 F.3d 481, 483–84 (8th Cir. 2011) (Guatemalans who suffered harm because they refused to join criminal gangs lacked "visibility and particularity" required to constitute particular social group); *Wijono v. Gonzales*, 439 F.3d 868, 872 (8th Cir.2006) (standard of review). Accordingly, we deny the petition. *See* 8th Cir. R. 47B.